# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**Beverly Carol Grady**                                                                            **Plaintiff**

### No. 3:13CV00091 JTR

**Carolyn W. Colvin, Acting Commissioner,**                                          **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum and Order filed on this date, judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

Dated this 9th day of July, 2014.

_____
United States Magistrate Judge